UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
SANDRA SANTOS, on behalf of herself, FLSA
Collective Plaintiffs, and Class Members,

                Plaintiff,

    - against -

LIDL US, LLC d/b/a LIDL,

                Defendant.
-----------------------------------------------------------X

**JUDGMENT**
CV 24-611 (JMA) (ARL)

A Memorandum and Order of Honorable Joan M. Azrack, United States District Judge, having been filed on September 10, 2025; granting Defendant's motion to dismiss; dismissing Plaintiff's Fair Labor Standards Act ("FLSA") and New York Labor Law ("NYLL") time-shaving claims prejudice; dismissing Plaintiff's NYLL § 191 claims without prejudice; and directing the Clerk to enter judgment and close this case accordingly, it is

**ORDERED AND ADJUDGED** that Plaintiff Sandra Santos take nothing of Defendant Lidl US, LLC; that Defendant's motion to dismiss is granted; that Plaintiff's FLSA and NYLL time-shaving claims are dismissed with prejudice; that Plaintiff's NYLL § 191 claims are dismissed without prejudice; and that this case is closed.

Dated: September 10, 2025
       Central Islip, New York

                                                              BRENNA B. MAHONEY
                                                               CLERK OF COURT

                                        BY:    /S/ JAMES J. TORITTO
                                                         DEPUTY CLERK