United States Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

**DEBRA ANN LIVINGSTON**
CHIEF JUDGE

**CATHERINE O'HAGAN WOLFE**
CLERK OF COURT

Date: September 30, 2025
Docket #: 25-2357
Short Title: Santos v. Lidl US, LLC

DC Docket #: 2:24-cv-611
DC Court: EDNY (CENTRAL ISLIP)
DC Judge: Trial Judge - Joan M. Azrack

# NOTICE OF REQUIRED CASE STATUS UPDATE

A notice of appeal was filed in this case on September 25, 2025. Since at least one motion cited. FRAP 4(a)4 has been filed in the district court this appeal is stayed pending resolution of the motion.

Appellant is directed to inform this Court in writing of the status of the motion at 30 day intervals beginning 30 days from the date of this notice, and within 14 days after final disposition of the last outstanding motion. Appellant is also directed to provide the Court with a copy of all dispositive orders.

Inquiries regarding this case may be directed to 212-857-8551.