UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SANDRA SANTOS, *on behalf of herself, FLSA Collective Plaintiffs, and Class Members,*<br><br>Plaintiff,<br><br>-against-<br><br>LIDL US, LLC d/b/a LIDL,<br><br>Defendant. | Civil Action No. 2:24-cv-00611 |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that the undersigned attorney, Jason D. Burns, Esq., of Greenberg Traurig, LLP, enters his appearance in the above-captioned action as counsel for Defendant Lidl US, LLC, and requests that all notices, pleadings, and orders entered in this action be sent to the undersigned.

Dated: November 3, 2026
New York, New York

Respectfully submitted,

GREENBERG TRAURIG, LLP

By: *\/s/ Jason D. Burns*

Jason D. Burns
One Vanderbilt Avenue
New York, NY 1017
Telephone: (212) 801-9200
Facsimile: (212) 801-6400
E-mail: Jason.Burns@gtlaw.com

*Counsel for Defendant Lidl US, LLC*